Douglas R. Hirsch
Sadis & Goldberg, LLP
551 5th Avenue
New York, New York 10176



November 5, 2013

Re: 13 cv 7355

Dear Mr. Hirsch,

I write to you regarding the case number above, Sadis & Goldberg, LLP v. Sumanta Banerjee. Mr. Banerjee, contrary to the statement in the complaint, <u>does not</u> reside in the United States, he is in fact a permanent resident of India and has been so for over four years, as you are aware since you have communicated with him in India earlier this year. His place of residence <u>has not changed</u> over the four years. Additionally, you are also aware that Mr. Banerjee is an overseas citizen of India.

His address for any correspondence is 58/1 Ballygunje Circular Road, Kolkata 700019, West Bengal, India.

The summons and complaint in the above referenced case was delivered incorrectly to the address: 304 Harvester Circle, Pittsburgh, PA 15241. This address is of his in-laws, not Mr. Banerjee's address.

Please find included with this correspondence, the Summons and Complaint so that these papers can be properly served to Mr. Banerjee at his place of residence in India.

As I am not listed as a party to the case, I cannot legally accept these papers. I trust that you will deliver these papers to Mr. Banerjee through the proper channels.

Sincerely,

Akshita Gandhi


cc of Letter sent to:
Ruby Krajick
Clerk of Court, Southern New York District Court
U.S. Courthouse
500 Pearl Street
New York, New York 10007

