# Kshirod Prasad Kundu
## Advocate

Bar Library No. : 2479 9335
Resi : 2464 5481

13civ7355(LTS)
Sadis-v-Banerjee

Alipore Judges' Court, Bar Library,
2nd Floor, Seat No. 238
Kolkata - 700 027

Chamber / Residence :
158/C, Rash Behari Avenue
Kolkata - 700 029

Ref. ..........................

FEB 19 2014

Date ...10th February 2014

To
**Central Authority**
**The Ministry of Law and Justice**
**Department of Legal Affairs**
Room No. 439A, 4th Floor
A-Wing, Shastri Bhawan
New Delhi – 110001.

ELECTRONICALLY FILED
FEB 19 2014

Sir,

Under instruction from and on behalf of my client Dr. Reba Banerjee of Flat 142B, 58/1, Ballygunge Circular Road, Kolkata – 700019, West Bengal, India. I write you this letter drawing attention to the below mentioned facts for taking extollable measures for the same.

That my client, indeed being extremely pressurised by an unidentified person was compelled to sign on the paper supplied by the said person who represented himself as an employee of Alipore Judges Court, Alipore, Kolkata and afterwards had to take a bunch of papers under her custody from the said person being victimised of the circumstances.

However subsequently my client realised that the said bunch of papers has been sent addressing to Mr. Sumanta Banerjee who is not a resident at my client's address.

Mr. Banerjee is currently traveling abroad in various countries and my client neither knows his whereabouts nor is aware about the probable period of his return to India.

In is needless to say that receiving of the said bunch of papers for and on behalf of Mr. Sumanta Banerjee who does not reside at the same address with my client at Flat 142B, 58/1, Ballygunge Circular Road, Kolkata – 700019 is neither justified nor reasonable especially documents that are time sensitive.

K.P. Kundu
Advocate

# Kshirod Prasad Kundu
Advocate

Alipore Judges' Court, Bar Library,
2nd Floor, Seat No. 238
Kolkata - 700 027

Bar Library No. : 2479 9335
Resi : 2464 5481

**Chamber / Residence :**
158/C, Rash Behari Avenue
Kolkata - 700 029

Ref. ..............................  Date ..............................

Under such crucial juncture and / or precarious condition I have been advised by my client to take back the said bunch of papers to dispatch the same to the addressee directly.

It has been expected that considering the inability rather incapability to send the said bunch of papers to addressee by my client.

Therefore, I request you to do the needful to dispatch the said bunch of papers to the addressee after taking back the same.

Yours faithfully,

**Kshirod Prasad Kundu,**
**Advocate**                    10/02/14

**Copy to :**
Douglas Hirsch
Paulina Stamatelos
Sadis & Goldberg LLP
551 Fifth Avenue
21st Floor
New York
New York 10176

**Copy to:**
**Honorable Judge Laura Taylor Swain**
New York District Court –Southern District
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312



SERIAL NO ... 28... /10/2/14

**Before the Notary Public at Alipore (India)**

### AFFIDAVIT

I, Dr. Reba Banerjee wife of Late Salil Kumar Banerjee by Nationality – Indian, by religion – Hindu by occupation – Ex (Retired) Medical Practitioner aged about – 81 years and resident of Flat 142B, 58/1 Ballygunje Circular Road, Kolkata – 700019, District – 24 Parganas (South), West Bengal, India, do hereby solemnly affirm and state as followers :-

1. That, I am an octogenarian lady and have been suffering from different types of age-related ailments for a pretty long time.

2. That, on 1st day of February 2014 at about 1:00 p.m. an unidentified person came to my house represented himself as an employee of Alipore Judges Court, Alipore Kolkata and compelled me to put my hand on a sheet tendered / supplied by the said person named Sitangshu Paul and afterwards forced me to take a bunch of papers under my custody from him.

3. That, the bunch papers has been sent addressed to Mr. Sumanta Banerjee, as subsequently noticed by me, who does not currently reside at this address in Kolkata. He

10 FEB 2014

Banerjee
Dr. Reba Banerjee

Page 1 of 2

is currently traveling abroad and I do not know his whereabouts nor aware about the probable timeline of his returning to India. It is to be noted that this is not his current resident address and I cannot accept important time sensitive documents on his behalf.

4. That, it is impossible to me to handover the bunch of papers and/or to apprise about the said bunch of papers to said Sumanta Banerjee who does not reside with me at Flat 142B, 58/1, Ballygunge Circular Road, Kolkata – 700019.

5. That I, finding no other suitable alternative rather being victimised of the circumstances requested Advocate Mr. K. P. Kundu to take appropriate measures to return the said bunch of papers either to sender or to the appropriate authority. My advocate is returning all the documents to appropriate authority and relevant parties this week.

6. That the statements made in the foregoing paragraphs of the instant Affidavit are true to my knowledge and belief.

(Reba Banerjee)
Deponent

Identified by me

Advocate

Solemnly affirm and execute
at Alipore Judges Court
Kolkata-700027 Identification
at..........A.M./P.M. as per Notarial
Act.

(S. K. DEY)
Notary Govt. of India
2105/2002

10 FEB 2014

Page 2 of 2