**Kshirod Prasad Kundu**
Advocate

Bar Library No. : 2479 9335
Resi : 2464 5481

Alipore Judges' Court, Bar Library,
2nd Floor, Seat No. 238
Kolkata - 700 027

D5F

Chamber / Residence :
158/C, Rash Behari Avenue
Kolkata - 700 029

Ref. ..........................

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 2 1 2014

RECEIVED
FEB 2 0 2014
CHAMBERS OF
LAURA TAYLOR SWAIN
U.S.D.J.

Date 10-02-2014

To
**Central Authority**
**The Ministry of Law and Justice**
**Department of Legal Affairs**
Room No. 439A, 4th Floor
A-Wing, Shastri Bhawan
New Delhi – 110001.

Sir,

Under instruction from and on behalf of my client Dr. Reba Banerjee of Flat 142B, 58/1, Ballygunge Circular Road, Kolkata - 700019, West Bengal, India. I write you this letter drawing attention to the below mentioned facts for taking extollable measures for the same.

That my client, indeed being extremely pressurised by an unidentified person was compelled to sign on the paper supplied by the said person who represented himself as an employee of Alipore Judges Court, Alipore, Kolkata and afterwards had to take a bunch of papers under her custody from the said person being victimised of the circumstances.

However subsequently my client realised that the said bunch of papers has been sent addressing to Mr. Sumanta Banerjee who is not a resident at my client's address.

Mr. Banerjee is currently traveling abroad in various countries and my client neither knows his whereabouts nor is aware about the probable period of his return to India.

In is needless to say that receiving of the said bunch of papers for and on behalf of Mr. Sumanta Banerjee who does not reside at the same address with my client at Flat 142B, 58/1, Ballygunge Circular Road, Kolkata – 700019 is neither justified nor reasonable especially documents that are time sensitive.

K.P. Kundu
Advocate

Page 1 of 2

# Kshirod Prasad Kundu
Advocate

Bar Library No. 2479 9335
Resi 2464 5481

Alipore Judges' Court, Bar Library,
2nd Floor, Seat No. 238
Kolkata - 700 027

**Chamber / Residence :**
158/C, Rash Behari Avenue
Kolkata - 700 029

Ref. ............................

Date ............................

Under such crucial juncture and / or precarious condition I have been advised by my client to take back the said bunch of papers to dispatch the same to the addressee directly.

It has been expected that considering the inability rather incapability to send the said bunch of papers to addressee by my client.

Therefore, I request you to do the needful to dispatch the said bunch of papers to the addressee after taking back the same.

Yours faithfully,

*Kshirod Prasad Kundu*

**Kshirod Prasad Kundu,**
**Advocate**

**Copy to :**
Douglas Hirsch
Paulina Stamatelos
Sadis & Goldberg LLP
551 Fifth Avenue
21st Floor
New York
New York 10176

**Copy to:**
**Honorable Judge Laura Taylor Swain**
New York District Court – Southern District
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312



**Before the Notary Public at Alipore (India)**

**AFFIDAVIT**

I, Dr. Reba Banerjee wife of Late Salil Kumar Banerjee by Nationality – Indian, by religion – Hindu by occupation – Ex (Retired) Medical Practitioner aged about – 81 years and resident of Flat 142B, 58/1 Ballygunje Circular Road, Kolkata – 700019, District – 24 Parganas (South), West Bengal, India, do hereby solemnly affirm and state as followers :-

1. That, I am an octogenarian lady and have been suffering from different types of age-related ailments for a pretty long time.



2. That, on 1st day of February 2014 at about 1:00 p.m. an unidentified person came to my house represented himself as an employee of Alipore Judges Court, Alipore Kolkata and compelled me to put my hand on a sheet tendered / supplied by the said person named Sitangshu Paul and afterwards forced me to take a bunch of papers under my custody from him.

3. That, the bunch papers has been sent addressed to Mr. Sumanta Banerjee, as subsequently noticed by me, who does not currently reside at this address in Kolkata. He

10 FEB 2014

Dr. Reba Banerjee

Page 1 of 2

is currently traveling abroad and I do not know his whereabouts nor aware about the probable timeline of his returning to India. It is to be noted that this is not his current resident address and I cannot accept important time sensitive documents on his behalf.

4. That, it is impossible to me to handover the bunch of papers and/or to apprise about the said bunch of papers to said Sumanta Banerjee who does not reside with me at Flat 142B, 58/1, Ballygunge Circular Road, Kolkata – 700019.

5. That I, finding no other suitable alternative rather being victimised of the circumstances requested Advocate Mr. K. P. Kundu to take appropriate measures to return the said bunch of papers either to sender or to the appropriate authority. My advocate is returning all the documents to appropriate authority and relevant parties this week.

6. That the statements made in the foregoing paragraphs of the instant Affidavit are true to my knowledge and belief.

(Reba Banerjee)
Deponent

Identified by me

Advocate

Solemnly affirm and ...
at Alipore Judges Court
Kolkata-700027 ...
at ..... A.M./P.M ... Notarial
Act

10 FEB 2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**JUDGE SWAIN**

**13 CV 7355**

------------------------------------------------------x

SADIS & GOLDBERG, LLP,

            Plaintiff,

-against-

SUMANTA BANERJEE,

           Defendant.

------------------------------------------------------x

Civil Action No.:

SUMMONS IN A CIVIL ACTION

Jury Trial Demanded

**TO:**    Sumanta Banerjee
304 Harvester Circle
Pittsburgh, Pennsylvania 15241-2032

    **YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

            Douglas R. Hirsch (DH-4172)
            Paulina Stamatelos (PS-5174)
            SADIS & GOLDBERG, LLP
            551 5th Avenue, 21st Floor
            New York, New York 10176
            (212) 947-3793
            dhirsch@sglawyers.com
            pstamatelos@sglawyers.com

an answer to the complaint which is herewith served upon you, within **21 days** after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.

RUBY J. KRAJICK

_____
CLERK

_____
BY DEPUTY CLERK

OCT 18 2013

_____
DATE